■ BECKY DRYWALL CORP., Respondent, v HUDSON MERIDIAN CONSTRUCTION GROUP, LLC, Appellant. [874 NYS2d 372]—Order, Supreme Court, New York County (Helen E. Freedman, J.), entered July 14, 2008, which denied defendant's motion to dismiss the complaint for failure to state a cause of action, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment in favor of defendant dismissing the complaint.

The explicit language of the contract between the parties precludes any recovery by plaintiff. Concur—Friedman, J.P., Nardelli, Catterson and DeGrasse, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS TORRES, Appellant. [874 NYS2d 857]—Order of resentence, Supreme Court, New York County (Bruce Allen, J.), entered on or about July 14, 2006, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Nardelli, Catterson and DeGrasse, JJ.